FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 9 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:16-CR-0072-MMD (VPC) |
| Plaintiff, | ORDER |
| vs. | |
| RAYMOND E. FOSTER, | |
| Defendant. | |

In accordance with Title 18 U.S.C. § 3583(e)(1), the court orders that, as of May 9, 2018, RAYMOND FOSTER'S eight-year term of supervised release that commenced on October 18, 2016, is hereby reduced by one year, for a seven-year term, following his successful completion of the District of Nevada's CLEAR Court (Court Led Efforts at Recovery) Program.

Dated: May 9, 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE