UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:16-cr-00072-MMD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| RAYMOND EARL FOSTER, | |
| Defendant. | |

Before the Court is Defendant Raymond Foster's motion for early termination of supervised release ("Motion"). (ECF No. 41.) The government does not oppose the Motion, and neither does Probation. The Court agrees with Foster's counsel that termination of release is warranted because Foster has successfully completed mental health counseling, has demonstrated sincere efforts to work towards rehabilitation, including taking college courses, and has generally followed his supervised release conditions. The Court thus finds that justice is served by granting Foster early termination of supervised release.

It is therefore ordered that Defendant's motion for early termination of supervised release (ECF No. 41) is granted.

DATED THIS 2nd Day of May 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE